**SULAIMAN LAW GROUP, LTD**
Alexander J. Taylor (State Bar No. 332334)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (331) 307-7646
Fax: (630) 575-8188
ataylor@sulaimanlaw.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN B. MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CMRE FINANCIAL SERVICES, INC., RADY CHILDREN'S HOSPITAL FOUNDATION - SAN DIEGO, and R.M. GALICIA d/b/a PROGRESSIVE MANAGEMENT SYSTEMS,<br><br>　　　　Defendants. | Case No.  3:23-cv-00776-AGS-WVG |

## **JOINT MOTION FOR DISMISSAL**

　　NOW COMES, DUNCAN B. MOORE ("Plaintiff") and CMRE FINANCIAL SERVICES, INC., RADY CHILDREN'S HOSPITAL FOUNDATION – SAN DIEGO, and R.M. GALICIA d/b/a PROGRESSIVE MANAGEMENT SYSTEMS ("Defendants"), by and through their undersigned counsel, Sulaiman Law Group, Ltd. And Carlson & Messer, LLP respectively, moving this Honorable Court to enter a dismissal in this case, and in support thereof, stating as follows:

1

1. On April 27, 2023, Plaintiff filed a Complaint for Relief Pursuant to the Fair Debt Collection Practices Act and Rosenthal Fair Debt Collection Practices Act. [Dkt. No. 1].

2. On June 7, 2023, both parties were able to reach a settlement and filed a Notice of Settlement with the Court. [Dkt No. 12].

3. Both parties have satisfied the terms and conditions of their settlement agreement and would request that this Honorable Court enter a dismissal order with prejudice in this matter.

4. Both parties would also request that the order of dismissal shall also allow both parties to bear its own costs and attorney fees for this matter.

WHEREFORE, Plaintiff and Defendant respectfully requests this Honorable Court grant Joint Motion to Dismiss, with prejudice, as to Defendants, CMRE FINANCIAL SERVICES, INC., RADY CHILDREN'S HOSPITAL FOUNDATION – SAN DIEGO, and R.M. GALICIA d/b/a PROGRESSIVE MANAGEMENT SYSTEMS, and any further relief this Court deems just.

Dated: August 14, 2023                                  Respectfully submitted,

/s/ Alexander J. Taylor                                 /s/ David Kaminski (with consent)
Alexander J. Taylor                                     David Kaminski
*Counsel for Plaintiff*                                 *Counsel for Defendant*
Sulaiman Law Group, Ltd.                                Carlson & Messer, LLP
2500 S. Highland Ave., Suite 200                        5901 West Century Blvd, Suite 1200
Lombard, IL 60148                                       Los Angeles, CA 90045
Phone: (331) 307-7646                                   Phone: (310) 242-2200
Fax: (630) 575-8188                                     Fax: (310) 242-2222
ataylor@sulaimanlaw.com                                 KaminskiD@cmtlaw.com

**SIGNATURE CERTIFICATION**

Pursuant to Section II(f)(4) of the Electronic Case Filing Administrative Policies and Procedures for the United States District Court for the Southern District of California, I hereby certify that the contents of the Motion to Dismiss is acceptable to David Kaminski, counsel for CMRE FINANCIAL SERVICES, INC., RADY CHILDREN'S HOSPITAL FOUNDATION – SAN DIEGO, and R.M. GALICIA d/b/a PROGRESSIVE MANAGEMENT SYSTEMS, and that

1 | I have obtained David Kaminski authorization to affix his electronic signature to this document.

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor